**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JUDITH WILISON PLAINTIFF
ADC # 750483

v. 3:26CV00322-KGB-JTK

PURDY DEFENDANTS

**ORDER**

Judith Wilson ("Plaintiff") is an inmate at the McPherson Unit of the Arkansas Division of Correction ("ADC"). She filed this pro se action under 42 U.S.C. § 1983 alleging violations of her federally protected rights (Doc. No. 2), and a Motion to Proceed in forma pauperis ("IFP Motion") pursuant to 28 U.S.C. § 1915(a) (Doc. No. 1). Plaintiff's IFP Motion includes the appropriate financial information and makes the showing required by statute. Accordingly, Plaintiff's Motion will be granted.[1]

---

[1] Plaintiff is hereby notified of her responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

> Parties appearing pro se. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

If at some stage in the litigation of this action, Plaintiff decides not to continue to prosecute this action, Plaintiff should notify the Court in the form of a motion for a voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

In addition, if Plaintiff has not completely exhausted her administrative remedies with respect to all her claims, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e, Plaintiff may file a motion to dismiss any unexhausted claims.

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is required to pay the statutory filing fee of $350.00 for this action.[2] Plaintiff has submitted a certified copy of her Inmate Trust Fund Account Statement. Based on that information, the Court will not assess an initial partial filing fee.

Plaintiff will be obligated to make monthly payments in the amount of 20 percent of the preceding month's income credited to Plaintiff's prison trust account each time the amount in the account exceeds $10.00. Plaintiff's current custodian or any future custodian is required to send to the Clerk of the monthly payments from the Plaintiff's prison trust account when the amount exceeds $10.00, until the $350 statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

IT IS THEREFORE ORDERED that:

1. Plaintiff's IFP Motion (Doc. No. 1) is GRANTED.

2. Plaintiff is obligated to pay the statutory filing fee of $350 for this action. Plaintiff's present custodian, and any future custodians, shall collect monthly payments from Plaintiff's prison trust account in an amount equal to 20 percent of the preceding month's income credited to the prisoner's trust account each time the amount in the account exceeds $10.00, and shall forward those payments to the Clerk of the Court in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk is directed to forward a copy of this Order to: the Warden of the McPherson Unit of the ADC, 302 Corrections Drive, Newport, Arkansas 72112; the ADC Trust

---

[2] Effective December 1, 2023, the statutory filing fee for civil actions increased to $405, due to the implementation of a $55 administrative fee. This $55 fee does not, however, apply to <u>in forma pauperis</u> actions.

Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, Arkansas 71611; and the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

Dated this 24th day of November, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE